**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1. SHANELL REYNOLDS, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 21-CV-108-JED-CDL** |
| **1. GUARDIAN SECURITY SYSTEMS, INC., d/b/a ALERT 360, a domestic corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Plaintiff, Shanell Reynolds, and the Defendant, Guardian Security Systems, Inc. d/b/a Alert 360, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, Guardian Security Systems, Inc. d/b/a Alert 360 in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of April, 2022.

| | | |
|---|---|---|
| *s/ Byrona J. Maule* | AND | *s/Charles C. Vaught*(signed with permission) |
| Byrona J. Maule, OBA #16159 | | Charles C. Vaught, OBA #19962 |
| Phillips Murrah P.C. | | Jessica N. Vaught, OBA #33114 |
| Corporate Tower – Thirteenth Floor | | Armstrong & Vaught, P.L.C. |
| 101 N. Robinson Ave. | | 2727 East 21st Street, Suite 505 |
| Oklahoma City, OK 73102 | | Tulsa, OK 74114 |
| Telephone: (405) 235-4100 | | (918) 582-2500 – Telephone |
| Facsimile: (405) 235-4133 | | (918) 583-1755 – Facsimile |
| bjmaule@phillipsmurrah.com | | cvaught@a-vlaw.com |
| **ATTORNEY FOR DEFENDANT** | | **jvaught@a-vlaw.com** |
| **GUARDIAN SECURITY SYSTEMS, INC.** | | **ATTORNEYS FOR PLAINTIFF** |
| **D/B/A ALERT 360** | | **SHANNELL REYNOLDS** |